IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FERROVIAL CONSTRUCTION US CORP., *et al.*,

Plaintiffs,

v.

JESUS GONZALEZ FERNANDEZ, *et al.*,

Defendants.

CIVIL ACTION NO.
1:25-cv-00804-LMM

**ORDER**

The Clerk is **DIRECTED** to **TERMINATE** Plaintiffs' Motion for Preliminary Injunction, Dkt. No. [10], as withdrawn.

**IT IS SO ORDERED** this 28th day of May, 2025.

**Leigh Martin May**
**United States District Judge**